CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

EUGENE FLEMATE (SBN: 57011)
flemate@aol.com
LAW OFFICES OF EUGENE FLEMATE
552 North Second Street
San Jose, CA 95112
Telephone: (408) 298-7700
Facsimile: (408) 298-7715
Attorneys for Defendant
Oro Sol Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>       Plaintiff,<br><br>  v.<br><br>ORO SOL CORPORATION, a California Corporation<br><br>       Defendants. | Case No.: 5:22-cv-00286-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 12, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: December 12, 2022     LAW OFFICES OF EUGENE FLEMATE

By: /s/ Eugene Flemate
Eugene Flemate
Attorneys for Defendant
Oro Sol Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Eugene Flemate, counsel for Oro Sol Corporation, respectively, and that I have obtained Attorney Flemate's authorization to affix their electronic signature to this document.

Dated: December 12, 2022         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                 Amanda Seabock
                                 Attorneys for Plaintiff