| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>100 Pine St., Ste 1250 |
| 3 | San Francisco, CA 94111<br>(858) 375-7385; (888) 422-5191 fax |
| 4 | amandas@potterhandy.com<br>Attorneys for Plaintiff |

APPROVED
Judge Beth Labson Freeman

EUGENE FLEMATE (SBN: 57011)
flemate@aol.com
LAW OFFICES OF EUGENE FLEMATE
552 North Second Street
San Jose, CA 95112
Telephone: (408) 298-7700
Facsimile: (408) 298-7715
Attorneys for Defendant
Oro Sol Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | ) | Case No.: 5:22-cv-00286-BLF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| ORO SOL CORPORATION, a California Corporation | ) | |
| Defendants. | ) | |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 12, 2022        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: December 12, 2022        LAW OFFICES OF EUGENE FLEMATE

By: /s/ Eugene Flemate
Eugene Flemate
Attorneys for Defendant
Oro Sol Corporation

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eugene Flemate, counsel for Oro Sol Corporation, respectively, and that I have obtained Attorney Flemate's authorization to affix their electronic signature to this document.

Dated: December 12, 2022         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff